<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
NATALIE M. GRIDER, M.D. and         )   Civil Action
KUTZTOWN FAMILY MEDICINE, P.C.,     )   No. 2001-CV-05641
                                    )
        Plaintiffs                  )
    v.                              )
                                    )
KEYSTONE HEALTH PLAN                )
CENTRAL, INC.,                      )
HIGHMARK, INC.,                     )
JOHN S. BROUSE,                     )
CAPITAL BLUE CROSS,                 )
JAMES M. MEAD and                   )
JOSEPH PFISTER,                     )
                                    )
        Defendants                  )
                                    )
    and                             )
                                    )
TINGLEY SYSTEMS, INC.,              )
AMISYS SYNERTECH HEALTH SYSTEM      )
SOLUTIONS, LLC.,                    )
RUTH LIGHTNER,                      )
LEE CORTELESSA and                  )
PENNSYLVANIA ACADEMY OF FAMILY      )
PHYSICIANS,                         )
                                    )
        Movants                     )
```

<u>O R D E R</u>

NOW, this 29th day of March, 2006, upon consideration of Defendants' Joint Petition to Reconsider the Court's Order of July 20, 2005, which petition was filed August 3, 2005; upon consideration of Plaintiffs' Response and Opposition to Defendants' Joint Petition to Reconsider Judge Rapoport's Order of July 20, 2005 Admonishing Defendants' Counsel for Repeated Violations of the Stipulated Protective Order and Requiring All Counsel to Strictly Adhere to the Terms of That Order, which response was filed August 11, 2005; it appearing by Order of the

undersigned dated January 19, 2006 and filed January 23, 2006 we granted defendants' petition in part and remanded this matter to United States Magistrate Judge Arnold C. Rapoport to permit him the opportunity to file a Memorandum stating his reasons in support of his July 20, 2005 Order admonishing defendants; it further appearing that on March 27, 2006 Judge Rapoport filed a Memorandum in support of his July 20, 2005 Order; upon consideration of Magistrate Judge Rapoport's Memorandum; and for the reasons expressed in the accompanying Memorandum,

<u>IT IS ORDERED</u> that Defendants' Joint Petition to Reconsider the Court's Order of July 20, 2005 is denied.

<u>IT IS FURTHER ORDERED</u> that the July 20, 2005 Order of United States Magistrate Judge Arnold C. Rapoport is affirmed.

BY THE COURT:

<u>/s/ JAMES KNOLL GARDNER</u>
James Knoll Gardner
United States District Judge

-ii-