IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE M. GRIDER, M.D. and<br>KUTZTOWN FAMILY MEDICINE, P.C.<br><br>       Plaintiffs<br>  v.<br><br>KEYSTONE HEALTH PLAN<br>CENTRAL, INC.,<br>HIGHMARK, INC.,<br>JOHN S. BROUSE,<br>CAPITAL BLUE CROSS,<br>JAMES M. MEAD and<br>JOSEPH PFISTER | Civil Action<br>No. 2001-CV-05641 |

ORDER

AND NOW, this 27th day of September, 2007, upon consideration of plaintiffs' motions for sanctions, respondents' memoranda in opposition thereto, plaintiffs' reply, the testimony presented and exhibits admitted at the hearing, the parties' proposed findings of fact and conclusions of law, and briefs in support thereof,

IT IS ORDERED that plaintiffs motions under Federal Rules of Civil Procedure 26(g)(3) and 37 are GRANTED.

IT IS FURTHER ORDERED that respondents are sanctioned for violations of Rules 26(g) and 37, and shall pay all fees and costs incurred by plaintiffs in connection with the prosecution of these motions, including but not limited to, preparation and filing of the motions, preparation and attendance at the hearing, preparation of post-hearing submissions to the SDM, costs of the stenographer, reproduction of the record, and the fees of the SDM.

IT IS FURTHER ORDERED that the allocation of fees and costs shall be as follows: Keystone – 20%, Capital – 20%, Crowell – 10%, Martinez and Campbell – 50%.

IT IS FURTHER ORDERED that Keystone and Capital shall file amended responses to plaintiffs' discovery request dated September 29, 2006 in compliance with the Federal Rules of Civil Procedure on or before October 8, 2007.

IT IS FURTHER ORDERED that if any party appeals this Order, that party shall file with the Court a complete copy of the record in this matter, including all pleadings and memoranda, the hearing transcript and all exhibits.

Karolyn Vreeland Blume, Esquire
Special Discovery Master