IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATALIE M. GRIDER, M.D., et al.** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| **KEYSTONE HEALTH PLAN CENTRAL** | : | |
| **INC., et al.** | : | **NO. 01-5641** |
| Defendants. | : | |

**PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF JOINT DEFENSE AGREEMENT**

Plaintiffs, by and through their undersigned designated lead counsel, hereby withdraw their motion to compel production of defendants/respondents' joint defense agreement (Dkt. No. 673) without prejudice to plaintiffs' right to re-file and reinstate said motion if the proposed settlement with defendants Capital Blue Cross, Keystone Health Plan Central, Inc., James M. Mead and Joseph Pfister is not finally approved and implemented by the Court.

Dated: March 6, 2008

                                                       Respectfully submitted,

                                                       JACOBSEN LAW OFFICES
                                                       By: /s/ Kenneth A. Jacobsen
                                                       Kenneth A. Jacobsen
                                                       12 Orchard Lane
                                                       Wallingford, PA  19086
                                                      (610) 566-7930

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused copies of the foregoing Plaintiffs' Withdrawal of Motion to Compel Production of Joint Defense Agreement to be served on the following counsel of record pursuant to the Court's electronic ecf filing and notification system as well as via electronic mail and via First Class mail, postage prepaid addressed as follows:

> Michael L. Martinez, Esquire
> **CROWELL & MORING, LLP**
> 1001 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
>
> Barbara W. Mather, Esquire
> **PEPPER HAMILTON**
> 3000 Two Logan Square
> Eighteenth & Arch Streets
> Philadelphia, PA 19103
>
> Lawrence J. Fox, Esquire
> **DRINKER BIDDLE & REATH LLP**
> One Logan Square
> 18th & Cherry Streets
> Philadelphia, PA 19103
>
> Matthew J. Siembieda, Esquire
> **BLANK ROME LLP**
> One Logan Square
> 10th Floor
> Philadelphia, PA 19103
>
> Patrick J. O'Connor, Esquire
> **COZEN O'CONNOR**
> 1900 Market Street
> Philadelphia, PA 19103

Dated: March 6, 2008         /s/ Kenneth A. Jacobsen
                             Kenneth A. Jacobsen