UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 07-3931</u>

Grider v. Keystone Health
(E.D. Pa. No. 01-cv-05641)

**FILED**
APR 25 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

The District Court advises that it intends to grant Plaintiffs' withdrawal of Plaintiffs' motion for an order compelling production of the joint defense agreement and asks that this case be remanded. Accordingly, this matter is remanded to the District Court so that it may rule on the motion. <u>See</u> <u>Venen v. Sweet</u>, 758 F.2d 117, 123 (3d Cir. 1985). Within fourteen (14) days of the District Court's ruling, the parties must advise this Court, in writing, of the impact of the District Court's ruling on the above-captioned appeal and file any appropriate motions.

For the Court,

/s/ Marcia M. Waldron
Clerk
Dated: April 24, 2008
SLC/cc:   Daniel I. Booker, Esq.
          Francis J. Farina, Esq.
          Lawrence J. Fox, Esq.
          Norman E. Greenspan, Esq.
          Alison A. Gross, Esq.
          Mary J. Hackett, Esq.
          C. Clark Hodgson, Jr., Esq.
          Christopher J. Huber, Esq.
          Kenneth A. Jacobsen, Esq.
          Joseph A. O'Keefe, Esq.
          Elizabeth Y. McCuskey, Esq.
          Timothy D. Katsiff, Esq.
          Michael D. O'Mara, Esq.
          Tracey A. Roman, Esq.
          Matthew J. Siembieda, Esq.
          Kathleen T. Sooy, Esq.
          Neal R. Troum, Esq.
          Barbara W. Mather, Esq.
          William M. McSwain, Esq.
          Donna M. Doblick, Esq.