IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE M. GRIDER, M.D. and<br>KUTZTOWN FAMILY MEDICINE, P.C.,<br><br>       Plaintiffs<br><br>    v.<br><br>KEYSTONE HEALTH PLAN<br>CENTRAL, INC.,<br>HIGHMARK, INC.,<br>JOHN S. BROUSE,<br>CAPITAL BLUE CROSS,<br>JAMES M. MEAD and<br>JOSEPH PFISTER,<br><br>       Defendants<br><br>       and<br><br>STEVENS & LEE, P.C.<br>DANIEL B. HUYETT<br>JEFFREY D. BUKOWSKI<br>HANGLEY, ARONCHICK, SEGAL &<br>PUDLIN, and<br>STRADLEY, RONON, STEVENS & YOUNG<br><br>       Respondents | Civil Action<br>No. 2001-CV-05641 |

O R D E R

NOW, this 1st day of May, 2008, upon consideration of Plaintiffs' Withdrawal of Motion to Compel Production of Joint Defense Agreement, which withdrawal was filed March 6, 2008; it appearing by Order of the undersigned dated September 20, 2007 that Plaintiffs' Motion for an Order Compelling Defendants, Respondents and/or Their Respective Counsel to Produce Joint Defense Agreement, which motion was filed January 30, 2007, was granted; and upon consideration of the Order of the United States Court of Appeals for the Third Circuit dated April 24, 2008

remanding the issue of the joint defense agreement back to this court,

      IT IS ORDERED that Plaintiffs' Withdrawal of Motion to Compel Production of Joint Defense Agreement is granted.

      IT IS FURTHER ORDERED that Plaintiffs' Motion for an Order Compelling Defendants, Respondents and/or Their Respective Counsel to Produce Joint Defense Agreement is withdrawn.

      IT IS FURTHER ORDERED that the September 20, 2007 Order of the undersigned granting Plaintiffs' Motion for an Order Compelling Defendants, Respondents and/or Their Respective Counsel to Produce Joint Defense Agreement is vacated.

      IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania shall forward a copy of this Order to the Clerk of Court for the United States Court of Appeals for the Third Circuit.

      BY THE COURT:


      /s/ JAMES KNOLL GARDNER
      James Knoll Gardner
      United States District Judge